FILED

17 AUG 25 PM 5:33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNSEALED PER ORDER OF COURT
9/4/17 alf

~~SEALED~~ alf

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '17CR 2511 GPC |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 371 - Conspiracy; Title 18, U.S.C., Sec. 2315 - Receive, Possess, Conceal, Store, and Dispose of Certain Stolen Goods; Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States; Title 18, U.S.C., Sec. 981(a)(1)(C), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| SARA PORTILLA (1),<br>MARIA ANGELICA MENDEZ VALDIVIA (2),<br>JOSE DE JESUS MORA (3),<br>GABRIEL LOPEZ MORENO (4),<br>   aka Vallos,<br>   aka Julio Gabriel Lopez Moreno,<br>ALEJANDRO MADRINAN VARGAS (5),<br>   aka Jael,<br>   aka Alejandro Ramona,<br>   aka Joel Hernandez Vega,<br>ARACELI RAZO (6),<br>   aka Araceli Angeles Santiago Razo,<br>EDUARDO MADRINAN AGUIRRE (7),<br>   aka Eduardo Madrinan Gonzalez,<br>   aka Eduardo Gutierrez,<br>   aka Eduardo Madrinan,<br>CARLOS GOMEZ DAZA GUTIERREZ (8),<br>   aka Chapparo,<br>KARINA IVETTE SAMAN ROJAS (9),<br>JUAN MANUEL JUAREZ HERRERA (10),<br>   aka Jimmy,<br>   aka Gerardo Moreno,<br>   aka Juan Juarez Montano,<br>JAMES SANABRIA (11),<br>   aka Lil Villan,<br>JOSUE ANTONIO DAMAZO HERRERA (12),<br>JOSE DAMAZO HERRERA (13),<br>   aka Jose Luis Damazo Herrera, | |

SW:nlv(2):San Diego:8/25/17          1 alf

```
BRANDON RAMIREZ SALAS (14),
   aka Brandon Razo,
   aka Brandon Razo Salas,
   aka Luis Razo Salas,
JESUS RAYMUNDO RAZO DEL ANGEL (15),
   aka Jesus Jr.,
   aka Raymundo Razo,
JACOB PALACIOS (16),
ROBIN MACIAS (17),
GIOVANI RAZO ALVAREZ (18),
   aka Giovanni Ismael Caballero,
   aka Erick Angeles,
   aka Carlos Martinez,
   aka Josue Giovanni Caballero Razo,
   aka Josue Razo,
ADRIAN RAZO (19),
   aka Jurgen Razo Hernandez,
SERGIO MANUEL MONTANO NAVA (20),
VANESSA MEDINA MUNGUIA  (21),
   aka Adriana Flores,
ADRIAN ULICES REYNA RODRIGUEZ (22),

            Defendants.
```

The grand jury charges:

## Count 1

18 U.S.C. § 371

**CONSPIRACY**

1. Beginning on a date unknown, but no later than October 13, 2005, and continuing through the filing date of this Indictment, within the Southern District of California and elsewhere, defendants SARA PORTILLA, MARIA ANGELICA MENDEZ VALDIVIA, JOSE DE JESUS MORA, GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, ALEJANDRO MADRINAN VARGAS, aka Jael, aka Alejandro Ramona, aka Joel Hernandez Vega, ARACELI RAZO, aka Araceli Angeles Santiago Razo, EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, CARLOS GOMEZ DAZA GUTIERREZ, aka Chapparo, KARINA IVETTE SAMAN ROJAS, JUAN MANUEL JUAREZ HERRERA, aka Jimmy, aka Gerardo

2

Moreno, aka Juan Juarez Montano, JAMES SANABRIA, aka Lil Villan, JOSUE ANTONIO DAMAZO HERRERA, JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, JESUS RAYMUNDO RAZO DEL ANGEL, aka Jesus Jr., aka Raymundo Razo, JACOB PALACIOS, ROBIN MACIAS, GIOVANI RAZO ALVAREZ, aka Giovanni Ismael Caballero, aka Erick Angeles, aka Carlos Martinez, aka Josue Giovanni Caballero Razo, aka Josue Razo, ADRIAN RAZO, aka Jurgen Razo Hernandez, SERGIO MANUEL MONTANO NAVA, VANESSA MEDINA MUNGUIA, aka Adriana Flores, and ADRIAN ULICES REYNA RODRIGUEZ knowingly and intentionally conspired and agreed with each other, and persons known and unknown to the grand jury, to commit an offense against the United States, that is, to transport stolen goods in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2314.

**MANNERS AND MEANS**

2. It was a part of the conspiracy that, at various times, defendants SARA PORTILLA (aided by JOSE DE JESUS MORA) and MARIA ANGELICA MENDEZ VALDIVIA operated as "fences," that is, persons who received and sold stolen merchandise, mainly in Mexico. The fences received stolen merchandise from the other defendants and periodically requested that the other defendants steal particular merchandise to be sold in Mexico.

3. It was a further part of the conspiracy that, at various times, the remaining defendants formed crews of thieves to steal merchandise from retail stores throughout the United States, including San Diego County. Much of the merchandise was transported across state lines or to Mexico for resale by the fences. The fences paid the crews for the thefts, either upon delivery or on consignment.

4. It was a further part of the conspiracy that during a theft event, defendants in the theft crews typically filled specific roles, such as team leader, "blocker," or "mule." Team leaders selected stores to target; scouted for law enforcement and loss-prevention personnel; moved targeted merchandise to particular spots within stores to facilitate the theft; and choreographed the actions of other defendants via cellular telephone and hand signals. "Mules" concealed stolen merchandise, typically in "booster bags," that is, a shopping bag with a lining designed to defeat anti-theft sensors; and carried the booster bags or stolen merchandise out of the stores. "Blockers" prevented store employees from seeing the actions of mules by obstructing the employees' views with bodies or clothing, distracting employees, or physically preventing employees from responding.

5. It was a further part of the conspiracy that defendants occasionally used force against store employees, other customers, and law enforcement to escape apprehension.

6. It was a further part of the conspiracy that members of the conspiracy would steal more than $20 million in merchandise from U.S. retailers to be sold in Mexico.

**OVERT ACTS**

7. In furtherance of this conspiracy, and to carry out its objects, the following overt acts, among others, were committed within the Southern District of California and elsewhere:

Overt Act 1: On or about June 13, 2008, defendant ALEJANDRO MADRINAN VARGAS, aka Jael, aka Alejandro Ramona, aka Joel Hernandez Vega, attempted to drive over Abercrombie & Fitch employee C. A. in order to evade apprehension after stealing merchandise from a Hollister store in National City, California.

Overt Act 2: On or about August 13, 2008, defendant GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, assaulted a police officer and two loss prevention officers while attempting to flee after committing multiple thefts at the Horton Plaza Mall in San Diego, California.

Overt Act 3: On or about November 14, 2009, defendant SERGIO MANUEL MONTANO NAVA and others attempted to steal merchandise from a Hollister store in Schaumburg, Illinois, for delivery to defendant MARIA ANGELICA MENDEZ VALDIVIA in San Diego, California.

Overt Act 4: On or about November 14, 2009, defendant SERGIO MANUEL MONTANO NAVA knocked over an infant in its stroller and injured the infant's father, M.F., to avoid arrest from a theft at a Hollister store in Schaumburg, Illinois.

Overt Act 5: On or about December 16, 2010, defendants ADRIAN RAZO, aka Jurgen Razo Hernandez, JAMES SANABRIA, aka Lil Villan, and others stole approximately $5,026 in merchandise from an American Eagle store in Visalia, California.

Overt Act 6: In or about 2012, defendant MARIA ANGELICA MENDEZ VALDIVIA directed thieves to supply her with merchandise sold outside of the state of California because certain merchandise she wanted was not sold in California stores.

Overt Act 7: On or about May 02, 2012, defendant JACOB PALACIOS and others attempted to steal merchandise from a Hollister store in Vancouver, Washington.

Overt Act 8: On or about May 02, 2012, defendant JACOB PALACIOS punched Hollister employee N.H. while attempting to flee the scene of a theft.

   Overt Act 9: On or about November 13, 2012, defendants JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, ROBIN MACIAS, and others attempted to steal merchandise from a Hollister store in San Diego, California,

   Overt Act 10: On or about November 13, 2012, defendants JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, ROBIN MACIAS, and others drove vehicles through a crowd while fleeing a theft from a Hollister store in the Fashion Valley Mall in San Diego, California.

   Overt Act 11: On or about March 17, 2013, defendant JAMES SANABRIA, aka Lil Villan, stole approximately $790 in merchandise from the Hollister store in the Plaza Bonita mall in National City, California.

   Overt Act 12: On or about March 17, 2013, defendant JAMES SANABRIA, aka Lil Villan, grabbed Abercrombie and Fitch Loss Prevention Officer K.L. by the throat and threw her to the ground while fleeing from a theft at the Plaza Bonita Mall in National City, California

   Overt Act 13: On or about October 23, 2013, in San Diego, California, defendant MARIA ANGELICA MENDEZ VALDIVIA possessed for transport to Mexico approximately $482,275 worth of merchandise stolen from at least 57 retailers.

   Overt Act 14: On or about September 12, 2014, defendants JOSUE ANTONIO DAMAZO HERRERA, JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, and others stole approximately $3,043 in merchandise from a Banana Republic store in La Jolla, California.

   Overt Act 15: On or about August 21, 2015, defendants ARACELI RAZO, aka Araceli Angeles Santiago and JESUS RAYMUNDO RAZO DEL ANGEL, aka Jesus Jr., aka Raymundo Razo, stole approximately $4,500 in merchandise from a Victoria's Secret store in Escondido, California.

   Overt Act 16: On or about August 25, 2015, defendant BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, and others attempted to steal merchandise from a Victoria's Secret store in National City, California.

   Overt Act 17: On or about October 22, 2015, defendant BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, and others attempted to steal merchandise from a Hollister store in Frederick, MD, for delivery to defendant SARA PORTILLA in San Diego, California.

   Overt Act 18: In or about 2016, defendant SARA PORTILLA operated a store in Tijuana, Mexico, where PORTILLA sold merchandise stolen by the defendants and exported to Mexico by PORTILLIA and defendant JOSE DE JESUS MORA.

   Overt Act 19: On or about January 27, 2016, defendant BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, and others stole approximately $7,308 in merchandise from an Abercrombie & Fitch store in Northridge, California.

   Overt Act 20: On or about January 27, 2016, defendant BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, and another crewmember stole approximately $4,881 in merchandise from a Hollister store in Canoga Park, California.

   Overt Act 21: In or about April 2016, in San Diego, California, defendants JUAN MANUEL JUAREZ HERRERA, aka Jimmy, aka Gerardo Moreno, aka Juan Juarez Montano, and EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, discussed prior thefts and exchanged information about store security at various locations.

   Overt Act 22:  On or about April 16, 2016, defendants EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, VANESSA MEDINA MUNGUIA, aka Adriana Flores, and others stole approximately $10,617 in merchandise from a Tommy Hilfiger store in San Clemente, California.

   Overt Act 23:  On or about June 23, 2016, defendant GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, ordered ADRIAN ULICES REYNA RODRIGUEZ to intimate E.D., a witness, from speaking with law enforcement about the involvement of defendants ADRIAN ULICES REYNA RODRIGUEZ, GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, and others in thefts carried out as part of the conspiracy.

   Overt Act 24:  On or about June 23, 2016, defendant ADRIAN ULICES REYNA RODRIGUEZ, acting on orders from defendant GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, threw a rock into the window of a vehicle, occupied by a member of E.D.'s family, in order to intimate E.D. from speaking with law enforcement about the conspiracy.

   Overt Act 25:  On or about July 10, 2016, defendant SARA PORTILLA instructed defendant JOSE DE JESUS MORA to pay defendant ALEJANDRO MADRINAN VARGAS, aka Jael, aka Alejandro Ramona, aka Joel Hernandez Vega, for stolen merchandise previously delivered.

   Overt Act 26:  On or about July 22, 2016, defendant JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, and others stole approximately $6,750 in merchandise from a Victoria's Secret store in Las Vegas, Nevada.

   Overt Act 27:  On or about August 24, 2016, defendant EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, received an order from defendant SARA PORTILLA for various merchandise, including Tommy Hilfiger merchandise.

   Overt Act 28:  On or about August 24, 2016, defendant VANESSA MEDINA MUNGUIA, aka Adriana Flores, and others received an order for Express store merchandise from defendant SARA PORTILLA.

   Overt Act 29:  On or about August 26, 2016, defendant EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan and others stole approximately $15,000 in merchandise, from stores in Ventura, California; Oxnard, California; City of Industry, California; Orange, California; and Mission Viejo, California.

   Overt Act 30:  On or about August 26, 2016, defendant EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, and others transported and stored approximately $15,000 in stolen merchandise in a residence in Lemon Grove, California.

   Overt Act 31:  On or about August 31, 2016, defendants EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, and JOSE DE JESUS MORA, on behalf of defendant SARA PORTILLA, coordinated the delivery of approximately $15,000 in stolen merchandise for transport to Mexico.

   Overt Act 32:  On or about September 07, 2016, defendant VANESSA MEDINA MUNGUIA, aka Adriana Flores and others attempted to steal approximately $23,729 in merchandise from multiple stores including an Express store, in Camarillo, California.

   Overt Act 33:  On or about October 11, 2016, defendant BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, delivered approximately $6,825 in stolen merchandise to defendant JOSE DE JESUS MORA, on behalf of defendant SARA PORTILLA, for transport to Mexico.

Overt Act 34: On or about October 28, 2016, defendant BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, delivered approximately $10,000 worth of stolen merchandise to defendant JOSE DE JESUS MORA, on behalf of defendant SARA PORTILLA, for transport to Mexico.

Overt Act 35: In or about 2017, defendant SARA PORTILLA operated a store in Tijuana, Mexico, where PORTILLA sold merchandise stolen by the defendants and exported to Mexico by PORTILLA and defendant JOSE DE JESUS MORA.

Overt Act 36: On or about April 20, 2017, defendant ROBIN MACIAS and others stole approximately $8,083 in merchandise from multiple stores in Las Vegas, Nevada.

Overt Act 37: On or about April 20, 2017, defendant ROBIN MACIAS and others fled after the theft of merchandise from multiple stores in Las Vegas, Nevada, leading police on a vehicle and foot pursuit.

Overt Act 38: On or about July 27, 2017, defendants GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, JUAN MANUEL JUAREZ HERRERA, aka Jimmy, aka Gerardo Moreno, aka Juan Juarez Montano, JOSUE ANTONIO DAMAZO HERRERA, and ADRIAN ULICES REYNA RODRIGUEZ stole approximately $5,530 in merchandise from an Abercrombie & Fitch store in San Diego, California.

All in violation of Title 18, United States Code, Section 371.

## Count 2

8. On or about October 23, 2013, within the Southern District of California, defendant MARIA ANGELICA MENDEZ VALDIVIA did receive, possess, conceal, store, and dispose of certain goods, wares, and merchandise of the value of at least $5,000 which had crossed a State

boundary after being stolen, knowing the same to have been stolen; in violation of Title 18, United States Code, Section 2315.

### Count 3

9. On or about February 9, 2017, within the Southern District of California, defendant GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to August 13, 2008.

### Count 4

10. On or about March 18, 2017, within the Southern District of California, defendant ALEJANDRO MADRINAN VARGAS, aka Jael, aka Alejandro Ramona, aka Joel Hernandez Vega, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the

defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to March 13, 2012.

### Count 5

11. On or about August 26, 2016, within the Southern District of California, defendant EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to July 03, 2015.

### Count 6

12. On or about July 11, 2017, within the Southern District of California, defendant CARLOS GOMEZ DAZA GUTIERREZ, aka Chapparo, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United

States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to July 30, 2013.

### Count 7

13. On or about February 9, 2017, within the Southern District of California, defendant JUAN MANUEL JUAREZ HERRERA, aka Jimmy, aka Gerardo Moreno, aka Juan Juarez Montano, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to September 24, 2010.

### Count 8

14. On or about February 9, 2017, within the Southern District of California, defendant JOSUE ANTONIO DAMAZO HERRERA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the

defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to May 6, 2015.

### Count 9

15. On or about July 22, 2016, within the Southern District of California, defendant JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to December 10, 2014.

### FORFEITURE ALLEGATIONS

16. Upon conviction of the felony offenses alleged in Counts 1 and 2 of this Indictment and pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure, defendants SARA PORTILLA, MARIA ANGELICA MENDEZ VALDIVIA, JOSE DE JESUS MORA, GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, ALEJANDRO MADRINAN VARGAS, aka Jael, aka Alejandro Ramona, aka Joel Hernandez Vega, ARACELI RAZO, aka Araceli Angeles Santiago Razo, EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, CARLOS GOMEZ DAZA GUTIERREZ, aka Chapparo, KARINA

14

IVETTE SAMAN ROJAS, JUAN MANUEL JUAREZ HERRERA, aka Jimmy, aka Gerardo Moreno, aka Juan Juarez Montano, JAMES SANABRIA, aka Lil Villan, JOSUE ANTONIO DAMAZO HERRERA, JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, JESUS RAYMUNDO RAZO DEL ANGEL, aka Jesus Jr., aka Raymundo Razo, JACOB PALACIOS, ROBIN MACIAS, GIOVANI RAZO ALVAREZ, aka Giovanni Ismael Caballero, aka Erick Angeles, aka Carlos Martinez, aka Josue Giovanni Caballero Razo, aka Josue Razo, ADRIAN RAZO, aka Jurgen Razo Hernandez, SERGIO MANUEL MONTANO NAVA, VANESSA MEDINA MUNGUIA, aka Adriana Flores, and ADRIAN ULICES REYNA RODRIGUEZ shall forfeit to the United States any property, real or personal, which constitutes or was derived from proceeds traceable to such violations.

17. If any of the above-described forfeited property, as a result of any act or omission of defendants SARA PORTILLA, MARIA ANGELICA MENDEZ VALDIVIA, JOSE DE JESUS MORA, GABRIEL LOPEZ MORENO, aka Vallos, aka Julio Gabriel Lopez Moreno, ALEJANDRO MADRINAN VARGAS, aka Jael, aka Alejandro Ramona, aka Joel Hernandez Vega, ARACELI RAZO, aka Araceli Angeles Santiago Razo, EDUARDO MADRINAN AGUIRRE, aka Eduardo Madrinan Gonzalez, aka Eduardo Gutierrez, aka Eduardo Madrinan, CARLOS GOMEZ DAZA GUTIERREZ, aka Chapparo, KARINA IVETTE SAMAN ROJAS, JUAN MANUEL JUAREZ HERRERA, aka Jimmy, aka Gerardo Moreno, aka Juan Juarez Montano, JAMES SANABRIA, aka Lil Villan, JOSUE ANTONIO DAMAZO HERRERA, JOSE DAMAZO HERRERA, aka Jose Luis Damazo Herrera, BRANDON RAMIREZ SALAS, aka Brandon Razo, aka Brandon Razo Salas, aka Luis Razo Salas, JESUS RAYMUNDO RAZO DEL ANGEL, aka Jesus Jr., aka Raymundo Razo, JACOB PALACIOS, ROBIN MACIAS, GIOVANI RAZO ALVAREZ, aka Giovanni Ismael Caballero, aka Erick Angeles, aka Carlos Martinez, aka Josue Giovanni Caballero Razo, aka Josue Razo, ADRIAN RAZO, aka Jurgen Razo Hernandez, SERGIO MANUEL

MONTANO NAVA, VANESSA MEDINA MUNGUIA, aka Adriana Flores, and ADRIAN ULICES REYNA RODRIGUEZ, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: August 25, 2017.

A TRUE BILL:

*James Cacuka* (signature)
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: *Stephen Wong* (signature)
STEPHEN H. WONG
Assistant U.S. Attorney