UNSEALED PER ORDER OF COURT
9/4/17 *auf*

~~SEALED~~


FILED
AUG 30 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-CR-2511-GPC |
|---|---|
| v. | **NOTICE OF RELATED CASE** |
| SARA PORTILLA (1),<br>MARIA ANGELICA MENDEZ VALDIVIA (2),<br>JOSE DE JESUS MORA (3),<br>GABRIEL LOPEZ MORENO (4),<br>  aka Vallos,<br>  aka Julio Gabriel Lopez Moreno,<br>ALEJANDRO MADRINAN VARGAS (5),<br>  aka Jael,<br>  aka Alejandro Ramona,<br>  aka Joel Hernandez Vega,<br>ARACELI RAZO (6),<br>  aka Araceli Angeles Santiago Razo,<br>EDUARDO MADRINAN AGUIRRE (7),<br>  aka Eduardo Madrinan Gonzalez,<br>  aka Eduardo Gutierrez,<br>  aka Eduardo Madrinan,<br>CARLOS GOMEZ DAZA GUTIERREZ (8),<br>  aka Chapparo,<br>KARINA IVETTE SAMAN ROJAS (9),<br>JUAN MANUEL JUAREZ HERRERA (10),<br>  aka Jimmy,<br>  aka Gerardo Moreno,<br>  aka Juan Juarez Montano,<br>JAMES SANABRIA (11),<br>  aka Lil Villan,<br>JOSUE ANTONIO DAMAZO HERRERA (12),<br>JOSE DAMAZO HERRERA (13),<br>  aka Jose Luis Damazo Herrera,<br><br>BRANDON RAMIREZ SALAS (14),<br>  aka Brandon Razo,<br>  aka Brandon Razo Salas, | [under seal] |

23 *auf*

```
    aka Luis Razo Salas,
JESUS RAYMUNDO RAZO DEL ANGEL (15),
    aka Jesus Jr.,
    aka Raymundo Razo,
JACOB PALACIOS (16),
ROBIN MACIAS (17),
GIOVANI RAZO ALVAREZ (18),
    aka Giovanni Ismael Caballero,
    aka Erick Angeles,
    aka Carlos Martinez,
    aka Josue Giovanni Caballero Razo,
    aka Josue Razo,
ADRIAN RAZO (19),
    aka Jurgen Razo Hernandez,
SERGIO MANUEL MONTANO NAVA (20),
VANESSA MEDINA MUNGUIA  (21),
    aka Adriana Flores,
ADRIAN ULICES REYNA RODRIGUEZ (22),

                Defendants.
```

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States v. KARINA IVETTE SAMAN-ROJAS</u>, Case No. 17-CR-2061-JLS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

    _X_  (1) More than one indictment or information is filed or pending against the same defendant or defendants.

    ___  (2) Prosecution against different defendants arises from:

          ___  (a) A common wiretap

          ___  (b) A common search warrant

          ___  (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 8/28/17.

ALANA W. ROBINSON
Acting United States Attorney

2